**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000590
04-FEB-2025
08:20 AM
Dkt. 91 ODMR**

NO. CAAP-20-0000590

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MICHAEL C. GREENSPON, Plaintiff-Appellant, v.
DEUTSCHE BANK NATIONAL TRUST COMPANY; OCWEN LOAN SERVICING, LLC;
JAMES BLAINE ROGERS III; J. BLAINE ROGERS III, ALC;
ALAN JARREN MA; DENTONS US LLP; et al., Defendants-Appellees,
and DOES 10-100, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC191000092(2))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Michael C. Greenspon's (**Greenspon**) January 27, 2025 Motion for Reconsideration, the papers in support, and the record, it appears Greenspon has not shown a point of law or fact that this court overlooked or misapprehended in the

January 16, 2025 Summary Disposition Order.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, February 4, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge